UNITED STATES of America,
Plaintiff–Appellee,

v.

Larry James HILLIAN, a/k/a Larry,
Defendant–Appellant.

No. 01–6840.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 26, 2001.

Larry James Hillian, pro se. Robert Jack Higdon, Jr., Charlotte, NC, for appellee.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Larry James Hillian appeals the district court's order denying his Fed.R.Civ.P. 60(b)(6) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* *See United States v. Hillian,* No. CR–96–62–3–V (W.D.N.C. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

---

* To the extent Hillian attempts to appeal previous court orders in his informal brief, his appeal is untimely as to those orders. *See* Fed. R.App. P. 4(a).